FILED

June 17, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )        Case No.  2:08-mj-205 KJM
            Plaintiff,              )
                                    )        ORDER FOR RELEASE
v.                                  )        OF PERSON IN CUSTODY
                                    )
Melissa Villegas,                   )
                                    )
            Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Melissa Villegas  Case 2:08-mj-205 KJM

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $10,000

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/17/08      at  2:25 p.m.

By  _____

Kimberly J. Mueller,
United States Magistrate Judge